(No. 75-CC-1320—▮▮▮▮▮▮▮▮)

ADA S. EVART, Claimant, vs. STATE OF ILLINOIS, Respondent.
*Opinion filed June 16, 1975.*

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.